# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS ORELLANA,
              Appellant,
      vs.
THE STATE OF NEVADA,
              Respondent.

No. 73118

FILED

AUG 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for replacement of counsel. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for replacement of counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                                   , J.
                            Hardesty

               , J.                                , J.
Parraguirre                       Stiglich

cc:   Hon. Douglas Smith, District Judge
      Carlos Orellana
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      David M. Schieck

SUPREME COURT
OF
NEVADA

(O) 1947A

17-28454